Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kyle Frank Perrault

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| KYLE FRANK PERRAULT, | Case No.: CV 11-2785 MAN |
| Plaintiff, | ~~/PROPOSED/~~ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Dismissal, the above captioned matter is dismissed with prejudice, each party to bear his own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  November 10, 2011

_____                    _____
                                    MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: November 10, 2011        Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ *Lawrence D. Rohlfing*
                            BY: _____
                                  Lawrence D. Rohlfing
                                  Attorney for plaintiff Kyle Frank Perrault